PD-0572-14, PD-0573-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/3/2015 11:14:52 AM
Accepted 3/3/2015 12:23:11 PM
ABEL ACOSTA
CLERK

## NOS. PD-0572-14 & PD-0573-14

| | | |
|---|---|---|
| PATRICIA DONALDSON | § | IN THE COURT OF CRIMINAL |
| VS. | § | APPEALS FOR THE STATE |
| THE STATE OF TEXAS | § | OF TEXAS AT AUSTIN |

ON APPEAL FROM THE
282ND JUDICIAL DISTRICT COURT
OF DALLAS COUNTY, TEXAS
IN CAUSE NOS. F10-00433-S & F10-00435-S
FOR THE FIFTH DISTRICT OF TEXAS
AT DALLAS IN CAUSE NOS. 05-13-00598-CR & 05-13-00599-CR

## MOTION TO WITHDRAW AS APPOINTED COUNSEL ON PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW the undersigned attorney, Kathleen A. Walsh, on behalf of the Dallas County Public Defender's Appellate Division and moves to withdraw as appointed counsel on the Petition for Discretionary Review in this case. In support of this motion, the undersigned attorney would show the Court the following:

I.

On February 4, 2015, this Court granted Appellant's pro se petition for discretionary review and issued an Order to Determine Representation to the trial court. Pursuant to that order, the trial court appointed the Dallas County Public

Defender's Appellate Division to represent Appellant on her petition for discretionary review. *See Appendix A.*

## II.

The undersigned attorney represented Appellant on her appeal in these cases. After reviewing the opinion from the court of appeals and the applicable law, the undersigned attorney declined to file a petition for discretionary on Appellant's behalf. During the course of my representation on the appeal, Appellant continually expressed great dissatisfaction with the work which was done on her behalf.

In view of my legal analysis of Appellant's cases and subsequent decision not to file a petition for discretionary review, together with Appellant's extreme dissatisfaction with our office's representation of her on appeal, the undersigned attorney has formed the opinion that Appellant would be best served by having an attorney appointed to represent her on the petition for discretionary review who is not a member of the Dallas County Public Defender's Office.

## IV.

This Motion is not brought for purposes of delay but is brought to ensure that Appellant receives the effective assistance of counsel on the petition for discretionary review.

WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully requests that this Court grant the Motion to Withdraw as Appointed Counsel on Petition for Discretionary Review and enter an order requiring the trial court to appoint substitute counsel to represent Appellant.

Respectfully submitted,

Lynn Richardson
Chief Public Defender
Dallas County

/s/ Kathleen A. Walsh
Kathleen A. Walsh
Assistant Public Defender
State Bar No. 20802200
133 N. Riverfront Blvd., LB-2
Dallas, TX. 75207-4399
(214) 653-3550 (telephone)
(214) 653-3539 (fax)
kwalsh@dallascounty.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was served on Alexis Hernandez, Assistant District Attorney on the 3rd day of March, 2015 by electronic transmission to Alexis.Hernandez@dallascounty.org.

/s/ Kathleen A. Walsh
Kathleen A. Walsh